455 A.2d 191

Commonwealth v. Toner, Appellant.

Submitted January 28, 1981. Michael A. Raffaele, for appellant; Thomas A. Regan, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, JOHNSON and LIPEZ, JJ.

Judgment of sentence affirmed.

455 A.2d 192

Giantonio v. Pickering Creek et al.

Appeal of Pickering Creek Industrial Park, Inc.

Argued February 16, 1982. Edward M. Dunham, for appellant; Andrea Bowman, for Giantonio, appellee; W. Richard Gentry, for Krupnick, et al., appellees.

Before JOHNSON, MONTEMURO and MONTGOMERY, JJ.

Order affirmed.